*In re* DAVID CRESPO SEGARRA.

*Número:* TS-8320      *Resuelto:* 25 de agosto de 2000

*David Crespo Segarra, pro se; Carmen H. Carlos*, Directora de la Oficina de Inspección de Notarías.

Sala Especial de Verano integrada por el Juez Presidente Señor Andréu García y los Jueces Asociados Señores Hernández Denton, Corrada Del Río y Rivera Pérez.

## RESOLUCIÓN

Vista la Moción en cumplimiento de orden y solicitando la reinstalación presentada por el querellado David Crespo Segarra el 1ro de marzo de 1999, se autoriza su reinstalación al ejercicio de la abogacía.

Examinado el Informe de la Directora de la Oficina de Inspección de Notarías presentado el 12 de julio de 2000, se deniega la reinstalación al ejercicio de la notaría, hasta tanto esta Oficina certifique que el querellado ha subsanado todas las deficiencias existentes en su obra notarial.

*Publíquese.*

Lo acordó el Tribunal y certifica la Subsecretaria del Tribunal Supremo. El Juez Asociado Señor Rivera Pérez se inhibió.

(*Fdo.*) Carmen E. Cruz Rivera
*Subsecretaria del Tribunal Supremo*